IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SEMAETE ERMIAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:16-cv-587 (AJT/JFA) |
| | ) | |
| v. | ) | |
| | ) | |
| TIBEBE TILAHUN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 64] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment [Doc. No. 59] be granted and that default judgment be entered in favor of Plaintiff and against Defendants Tibebe Tilahun, Mesay Mekonen, and Lena Skyline Management, LLC. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 59] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Semaete Ermias and against Defendants Tibebe Tilahun, Mesay Mekonen, and Lena Skyline Management, LLC in the amount of $640,723.16 for their breaches of the first and third loan agreements, plus post-judgment statutory interest at the rate prescribed by U.S.C. § 1961; and it is further

ORDERED that default judgment be ENTERED in favor of Plaintiff Semaete Ermias and against Defendants Tibebe Tilahun and Lena Skyline Management, LLC in the amount of $54,375.00 for their breach of the second loan agreement, plus post-judgment statutory interest at the rate prescribed by 28 U.S.C. § 1961.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to Plaintiff, and email copies of this Order to Defendants at: wisdomccc@gmail.com and wisdomtax@gmail.com.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 29, 2017